AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Latham, Christopher B. | Bankruptcy Court-Calif. Southern | 03/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Jacob Weinberger United States Courthouse
325 West F Street
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Pillsbury Winthrop Shaw Pittman LLP -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, San Diego, CA (1994 $214,000) | E | Rent | M | R | | | | | |
| 2. Wells Fargo Bank (deposit accounts) | A | Interest | M | T | | | | | |
| 3. ScholarShare 529 account (age-based portfolio)-████ r #1 | A | Int./Div. | L | T | | | | | |
| 4. ScholarShare 529 account (age-based portfolio)-████ #2 | A | Int./Div. | L | T | | | | | |
| 5. Schwab Money Market | A | Interest | J | T | | | | | |
| 6. Schwab IRA #1-Money Market | D | Interest | L | T | Sold (part) | 07/24/18 | J | | |
| 7. | | | | | Sold (part) | 08/09/18 | J | | |
| 8. Schwab IRA #1-Invesco S&P 500 Equal Weight ETF (RSP) | B | Int./Div. | L | T | | | | | |
| 9. Schwab IRA #1-Vanguard FTSE Dev'd Markets ETF (VEA) | D | Int./Div. | K | T | | | | | |
| 10. Schwab IRA #1-Vanguard Growth Fund (VUG) | A | Int./Div. | K | T | Buy (add'l) | 07/24/18 | J | | |
| 11. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 12. Schwab IRA #1-Vanguard Mid Cap Growth Fund (VOT) | A | Int./Div. | L | T | | | | | |
| 13. Schwab IRA #1-Invesco QQQ Trust (QQQ) | A | Int./Div. | M | T | Buy (add'l) | 07/24/18 | J | | |
| 14. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 15. Schwab IRA #1-Vanguard Small Cap Growth Fund (VBK) | A | Int./Div. | K | T | | | | | |
| 16. Schwab IRA #1-Vanguard Whitehall High Div. Yield ETF (VYM) | A | Int./Div. | K | T | | | | | |
| 17. Schwab IRA #2-Money Market | A | Interest | J | T | Sold (part) | 02/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Latham, Christopher B. | 03/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/01/18 | J | | |
| 19. | | | | | Sold (part) | 03/28/18 | J | | |
| 20. | | | | | Sold (part) | 04/30/18 | J | | |
| 21. | | | | | Sold (part) | 05/29/18 | J | | |
| 22. | | | | | Sold (part) | 07/12/18 | J | | |
| 23. Schwab IRA #2-Vanguard Mid Cap Value Fund (VOE) | A | Int./Div. | K | T | Buy (add'l) | 02/11/18 | J | | |
| 24. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 25. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 26. Schwab IRA #2-Vanguard Small Cap Fund (VB) | A | Int./Div. | J | T | | | | | |
| 27. Schwab IRA #2-ProShares Short 20+ Year Treas. ETF (TBF) | A | Int./Div. | K | T | | | | | |
| 28. Schwab IRA #2-Invesco S&P 500 Equal Weight Tech ETF (RYT) | A | Int./Div. | K | T | Buy (add'l) | 02/11/18 | J | | |
| 29. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 30. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 31. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 32. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 33. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 34. Fidelity 401K-Cash BrokerageLink (FDRXX) | A | Interest | L | T | Sold (part) | 01/29/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/01/18 | J | | |
| 36. Fidelity 401K-Vanguard Index Extended Market (VXF) | C | Int./Div. | M | T | | | | | |
| 37. Fidelity 401K-Vanguard Index Total Stock Market (VTI) | D | Int./Div. | N | T | Buy (add'l) | 03/29/18 | J | | |
| 38. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 39. | | | | | Buy (add'l) | 05/30/18 | J | | |
| 40. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 41. Fidelity 401K-Vanguard Star Fund (VXUS) | C | Int./Div. | L | T | | | | | |
| 42. Fidelity 401K-ProShares Short Treas. (TBF) | A | Int./Div. | J | T | | | | | |
| 43. Vanguard GNMA Fund Admiral Shares (VFIJX) | A | Int./Div. | J | T | Buy | 01/29/18 | L | | |
| 44. | | | | | Sold (part) | 02/02/18 | K | | |
| 45. | | | | | Sold (part) | 03/02/18 | J | | |
| 46. | | | | | Sold (part) | 03/29/18 | J | | |
| 47. | | | | | Sold (part) | 05/01/18 | J | | |
| 48. Vanguard Windsor Fund Admiral Shares (VWNEX) | A | Int./Div. | L | T | Buy | 01/29/18 | J | | |
| 49. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 50. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 51. | | | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 05/30/18 | J | | |
| 53. | | | | | Buy<br>(add'l) | 07/16/18 | J | | |
| 54. | | | | | Buy<br>(add'l) | 08/09/18 | J | | |
| 55. Vanguard Inflation Protected Securities Fund (VIPIX) | A | Int./Div. | K | T | Buy | 02/02/18 | K | | |
| 56. | | | | | Sold<br>(part) | 05/30/18 | J | | |
| 57. | | | | | Sold<br>(part) | 07/16/18 | J | | |
| 58. | | | | | Sold<br>(part) | 08/09/18 | J | | |
| 59. Fidelity IRA-Cash Deposit (QPIRQ) | A | Interest | L | T | | | | | |
| 60. MemComputing, Inc.-Convertible Note | A | Interest | K | U | Buy | 10/23/18 | K | | MemComputing, Inc. |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"Schwab IRA #1" here includes those positions held in the reporting judge's IRA with Schwab.

"Schwab IRA #2" here includes those positions held in the reporting ▓▓▓▓▓▓ IRA with Schwab.

"Fidelity 401K" here includes those positions held in the reporting ▓▓▓▓▓▓ non-IRA retirement account with Fidelity.

"Fidelity IRA" here includes those positions held in the reporting ▓▓▓▓▓▓ IRA with Fidelity.

Note on Part VII, Line 8: On April 9, 2018, the name of this fund changed from Guggenhein S&P 500 Equal Weight ETF to PowerShares S&P 500 Equal Weight Portfolio; then on June 4, 2018, the name changed again to Invesco S&P 500 Equal Weight ETF; the symbol remains RSP.

Note on Part VII, Line 13: On June 4, 2018, the name of this fund changed from PowerShares QQQ Trust Ser 1 to Invesco QQQ Trust; the symbol remains QQQ.

Note on Part VII, Line 28: On April 9, 2018, the name of this fund changed from Guggenhein S&P 500 Equal Weight Tech ETF to Invesco S&P 500 Equal Weight Tech ETF; the symbol remains RYT.

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 03/26/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher B. Latham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544